ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Leonard W. PERCIVAL, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2012–7032.**

United States Court of Appeals, Federal Circuit.

March 7, 2012.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

**Alvin COLE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2012–7050.**

United States Court of Appeals, Federal Circuit.

March 7, 2012.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

failure to prosecute in accordance with the rules.

Lavern C. FAST HORSE,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2012–5017.

United States Court of Appeals,
Federal Circuit.

March 7, 2012.

Lavern C. Fast Horse, South Dakota Dept. of Corrections, Yankton, SD, for Plaintiff–Appellant.

Barbara M.R. Marvin, Department of Justice, Washington, DC, for Defendant–Appellee.

UNITED STATES, Plaintiff–
Cross Appellant,

v.

TREK LEATHER, INC., Defendant,

and

Harish Shadadpuri, Defendant–
Appellant.

Nos. 2011–1527, 2011–1545.

United States Court of Appeals,
Federal Circuit.

March 7, 2012.

John J. Galvin, Galvin & Mlawski, New York, NY, for Defendant–Appellant.

Scott A. MacGriff, Department of Justice, Washington, DC, for Plaintiff–Cross Appellant.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for